**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ERIK MONROE, | No.  2:19-CV-2218-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| G. MORTELL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 35, for contempt.  In his motion, Plaintiff argues that Defendants should be held in civil contempt for unreasonable delay in this litigation.  Plaintiff's motion is denied because Plaintiff has not cited to any particular instances of unreasonable delay on the part of Defendants, and the Court's independent review of the docket reflects none.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 35, is denied.

Dated:  March 8, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1