1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 WILLIAM ERIK MONROE,                    No.  2:19-CV-2218-WBS-DMC-P

12              Plaintiff,

13       v.                                ORDER

14 G. MORTELL, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action.  The matter

18 was referred to a United States Magistrate Judge pursuant to Eastern District of California local

19 rules.

20          On March 3, 2022, the Magistrate Judge filed amended findings and

21 recommendations herein which were served on the parties and which contained notice that the

22 parties may file objections within the time specified therein.  Timely objections to the findings

23 and recommendations have been filed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the

26 entire file, the Court finds the findings and recommendations to be supported by the record and by

27 proper analysis.

28 / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The findings and recommendations filed , are adopted in full;

3        2.    Defendants' motion to dismiss, ECF No. 17, is granted as outlined below;

4        3.    Defendants' motion is granted as to Plaintiff's claims of harassment, both

5    verbal and sexual, and Plaintiff's harassment claims are dismissed with prejudice;

6        4.    Defendants' motion is granted as to Plaintiff's equal protection claim and

7    such claim is dismissed with leave to amend;

8        5.    Defendants' motion is granted as to Plaintiff's supervisory liability claim

9    against Defendant Dordon and such claim is dismissed with leave to amend; and

10        6.    Plaintiff may file a first amended complaint within 30 days of the date of

11    this order to cure the defects identified in the Magistrate Judge's findings and recommendations;

12    and

13        7.    If Plaintiff does not file a first amended complaint within the time

14    provided, this actin shall proceed on Plaintiff's original complaint as to his retaliation claim

15    against Defendant Mortell only.

16    Dated:  April 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2