1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  WILLIAM ERIK MONROE,                                  No.  2:19-CV-2218-WBS-DMC-P

12             Plaintiff,

13      v.                                                                    ORDER

14  G. MORTELL, et al.,

15             Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action.  Pending

18  before the Court is Plaintiff's motion for reconsideration, ECF No. 42, of the undersigned's April

19  4, 2022, adopting the Magistrate Judge's amended findings and recommendations.

20          The Court may grant reconsideration under Federal Rules of Civil Procedure

21  59(e) and 60.  Under Rule 60(a), the Court may grant reconsideration of final judgments and

22  any order based on clerical mistakes.  Relief under this rule can be granted on the Court's own

23  motion and at any time.  See Fed. R. Civ. P. 60(a).   Under Rule 60(b), the Court may grant

24  reconsideration of a final judgment and any order based on: (1) mistake, inadvertence,

25  surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable

26  diligence, could not have been discovered within ten days of entry of judgment; and (3) fraud,

27  misrepresentation, or misconduct of an opposing party.  See Fed. R. Civ. P. 60(b)(1)-(3).  A

28  motion for reconsideration on any of these grounds must be brought within one year of entry

1

1  of judgment or the order being challenged.  <u>See</u> Fed. R. Civ. P. 60(c)(1).  Under Rule 60(b),

2  the Court may also grant reconsideration if: (1) the judgment is void; (2) the judgement has

3  been satisfied, released, or discharged, an earlier judgment has been reversed or vacated, or

4  applying the judgment prospectively is no longer equitable; and (3) any other reason that

5  justifies relief.  <u>See</u> Fed. R. Civ. P. 60(b)(4)-(6).  A motion for reconsideration on any of these

6  grounds must be brought "within a reasonable time."  Fed. R. Civ. P. 60(c)(1).

7            Having reviewed Plaintiff's motion and Defendants' opposition thereto, the Court

8  does not find that reconsideration is warranted.

9            Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for

10  reconsideration, ECF No. 42, is denied.

11  Dated:  October 4, 2022

    WILLIAM B. SHUBB
12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28