IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ERIK MONROE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. MORTELL,<br><br>　　　　Defendant. | No. 2:19-CV-2218-WBS-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On April 4, 2022, the District Judge ruled on Defendants' motion to dismiss and granted Plaintiff leave to file a first amended complaint.  Plaintiff was cautioned that the action would proceed on Plaintiff's original complaint against Defendant Mortell only if Plaintiff failed to file a first amended complaint within the time allowed therefor.  Thereafter, Plaintiff sought reconsideration of the District Judge's order.  Following denial of reconsideration by the District Judge on October 4, 2022, Plaintiff filed a request for this action to proceed on the original complaint as against Mortell only.  Good cause appearing therefor, Plaintiff's request will be granted and Defendant Mortell will be directed to file an answer to Plaintiff's original complaint.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request, ECF No. 47, for this action to proceed on the original complaint as against Defendant Mortell only consistent with the District Judge's April 4, 2022, order is granted;

2. Defendant Mortell shall file an answer to Plaintiff's original complaint within 30 days of the date of this order; and

3. Pursuant to the District Judge's April 4, 2022, order, the Clerk of the Court is directed to terminate N. Dordon as a defendant to this action, which proceeds on Plaintiff's retaliation claim against Defendant Mortell only.

Dated: November 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE